E-filing

**FILED**

DEC 0 2 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

1 | **SAUCEDO & CORSIGLIA**
BRADLEY M. CORSIGLIA   I.D. 117004
2 | A LAW CORPORATION
SUITE 501
3 | 152 NORTH THIRD STREET
SAN JOSE, CALIFORNIA 95112
TELEPHONE: (408) 289-1417
4 | FAX: (408) 289-8127

5 | ATTORNEYS FOR Plaintiffs

6 |

7 | **RECEIVED**

8 | NOV 3 0 2005

9 | RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
10 | SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

11 |

12 | ALLIED HEALTH ASSOCIATION, INC. and )
KENNETH P. CALLISON,
13 |
                    Plaintiffs,
14 |
      vs.
15 |
ARTHROCARE CORPORATION, and
16 | DOES 1 THROUGH 100, INCLUSIVE,
17 |
                    Defendants.
18 |

No. C 05-04276 PVT

NOTICE OF SUBSTITUTION OF COUNSEL
FOR ALLIED HEALTH ASSOCIATION, INC.
and KENNETH P. CALLISON

19 | TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

20 |        TAKE NOTICE that plaintiffs ALLIED HEALTH ASSOCIATION, INC. and KENNETH P.

21 | CALLISON substitute their counsel and attorneys of record in this matter.

22 |                              Former Attorney

23 |        Plaintiffs' former counsel:

24 |        Erik L. Peterson, Esq. (SBN 156189)
        Bostwick & Associates
25 |        Four Embarcadero Center, Suite 750
        San Francisco, CA 94111
26 |        Telephone: (415)421-8300
        Facsimile: (415)421-8301
27 |
is no longer their attorney in this matter.
28 |

1

New Attorney

Plaintiffs' new counsel in this matter and plaintiffs' new attorney of record on whom all notices and papers may be served is:

> Bradley M. Corsiglia, Esq. (SBN 117004)
> Saucedo & Corsiglia
> 152 N. Third Street Suite 501
> San Jose, CA 95112
> Telephone: (408)289-1417
> Facsimile: (408)289-8127

Substitution Based on Consent

The undersigned consent to the substitution and certify that this substitution will not delay the proceedings in this matter:

KENNETH P. CALLISON
Individually and as President of
ALLIED HEALTH ASSOCIATION, INC.

Date: _/1 - 1·7-0S_

BOSTWICK & ASSOCIATES

By:_____
Erik L. Peterson
Former Attorneys for Plaintiffs

Date: _11 / 31/05_

SAUCEDO & CORSIGLIA

By_____
Bradley M. Corsiglia
Attorneys for Plaintiffs

**ORDER**

SO ORDERED.

Date: _12-(07_

THE HONORABLE PATRICIA V. JEREMY FOGEL
UNITED STATES MAGISTRATE JUDGE
DISTRICT COURT

2

1                                    New Attorney

2 Plaintiffs' new counsel in this matter and plaintiffs' new attorney of record on whom all notices and

3 papers may be served is:

4           Bradley M. Corsiglia, Esq. (SBN 117004)
          Saucedo & Corsiglia

5           152 N. Third Street Suite 501
          San Jose, CA 95112

6           Telephone: (408)289-1417
          Facsimile: (408)289-8127

7                          Substitution Based on Consent

8 The undersigned consent to the substitution and certify that this substitution will not delay the

9 proceedings in this matter:

10

11                                     _____

12                                     KENNETH P. CALLISON
                                    Individually and as President of
                                    ALLIED HEALTH ASSOCIATION, INC.

13 Date: _11/15/05_

14                                     BOSTWICK & ASSOCIATES

15

16                                     By: _____
                                        Erik L. Peterson
                                        Former Attorneys for Plaintiffs

17 Date: _____                 SAUCEDO & CORSIGLIA

18

19

20                                     By: _____
                                        Bradley M. Corsiglia
                                        Attorneys for Plaintiffs

21                                       **ORDER**

22                SO ORDERED.

23

24 Date: _____

25                                     _____
                                    THE HONORABLE PATRICIA V. TRUMBULL
                                    UNITED STATES MAGISTRATE JUDGE

26

27

28

                                       2

CASE NAME: Allied Health v. ArthroCare Corporation     No. C 05-04276 PVT

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SANTA CLARA

I am a citizen of the United States. My business address is 152 North Third Street, Suite 501, San Jose, California 95112. I am employed in the County of Santa Clara, where this mailing occurs. I am over the age of 18 years, and not a party to the within cause. On the date set forth below, I served the attached document(s) described as:

**NOTICE OF SUBSTITUTION OF COUNSEL FOR ALLIED HEALTH ASSOCIATION, INC. and KENNETH P. CALLISON**

on the following person(s) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Patrick Gibbs, Esq.
Peter T. Snow, Esq.
Latham & Watkins
135 Commonwealth Drive
Menlo Park, CA 94025
Telephone: (650)328-4600
Fax: (650)463-2600
**Attorneys for ArthroCare Corporation**

Courtesy copies to:
Erik L. Peterson, Esq.
Bostwick & Associates
Four Embarcadero Center, Suite 750
San Francisco, CA 94111

John Case, Esq.
Benson & Case
1660 S. Albion Street, #1100
Denver, Colorado 80222-4047

[ X ]  (BY MAIL) I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service, to wit, that correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. I sealed said envelope and placed it for collection and mailing on November 30, 2005, following ordinary business practices.

[ ]  (BY FACSIMILE) I caused such document(s) to be delivered via facsimile this date to the offices of the addressee(s).

[ X ]  (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 30, 2005 at San Jose, California.

Paulette Schloetter