LATHAM & WATKINS LLP
  Patrick Gibbs (Bar No. 183174)
  Peter T. Snow (Bar No. 222117)
135 Commonwealth Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

**E-filed 2/10/06**

Attorneys for Defendant
ArthroCare Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALLIED HEALTH ASSOCIATION, INC. and KENNETH P. CALLISON,<br><br>Plaintiffs,<br><br>v.<br><br>ARTHROCARE CORPORATION, and DOES 1 THROUGH 100 INCLUSIVE,<br><br>Defendants. | CASE NO. C 05-04276 JF<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date: March 10, 2006<br>Time: 10:30 a.m.<br>Courtroom: 3, 5th Floor<br>Judge: Hon. Jeremy Fogel |

WHEREAS, Allied Health Association, Inc. and Kenneth P. Callison ("Plaintiffs") filed the Complaint in this action in Santa Clara County Superior Court on July 12, 2005;

WHEREAS, on October 21, 2005, ArthroCare Corporation ("ArthroCare") removed this action to this Court on diversity grounds pursuant to 28 U.S.C. §1441(b);

WHEREAS, ArthroCare filed a Motion to Compel Arbitration and to Dismiss Action or Stay Proceedings Pending Arbitration (the "Motion") on November 9, 2005;

WHEREAS, Plaintiffs filed their opposition to ArthroCare's Motion on January 3, 2006, and ArthroCare filed its reply in support of the Motion on January 27, 2006,

LATHAM&WATKINS™  SV\492295.1
ATTORNEYS AT LAW
SILICON VALLEY

STIP AND [PROPOSED] ORDER TO CONTINUE CASE
MANAGEMENT CONFERENCE
CASE NO. 05-C-04276JF

1      WHEREAS, the hearing on ArthroCare's Motion is scheduled for February 10,
2 2006;
3      WHEREAS, the Initial Case Management Conference in this action is currently
4 scheduled for February 24, 2006;
5      WHEREAS, the parties have met and conferred regarding the Initial Case
6 Management Conference and agreed that further preparation for the Initial Case Management
7 Conference would be premature while ArthroCare's Motion remains pending;
8      WHEREAS, the parties believe that continuing the date of the Initial Case
9 Management Conference would promote the most efficient use of the Court's and the parties'
10 resources by postponing further preparation for the Initial Case Management Conference, if
11 necessary, until after the hearing on ArthroCare's motion;
12      THEREFORE, the parties hereby stipulate, and request the Court to order, that the
13 date of the Initial Case Management Conference be continued to 10:30 a.m. on March 10, 2006.

15 Dated: February 3, 2006                    LATHAM & WATKINS LLP
                                              Peter T. Snow

18                                        By        /s/
                                              Peter T. Snow
                                              Attorneys for Defendant
19                                            ArthroCare Corporation

22 Dated: February 3, 2006                    SAUCEDO & CORSIGLIA
                                              Bradley M. Corsiglia
23

25                                        By        /s/
                                              Bradley M. Corsiglia
                                              Attorneys for Plaintiffs
26                                            Allied Health Association and
                                              Kenneth P. Callison

\* \* \*

**ORDER**

Pursuant to the stipulation of counsel, IT IS SO ORDERED.

Dated: _____2/10/06_____          _____
                                       The Honorable Jeremy Fogel
                                       United States District Judge