LATHAM & WATKINS LLP
   Patrick Gibbs (Bar No. 183174)
   Peter T. Snow (Bar No. 222117)
135 Commonwealth Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

**E-filed 3/20/06**

Attorneys for Defendant
ArthroCare Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALLIED HEALTH ASSOCIATION, INC. and KENNETH P. CALLISON,<br><br>Plaintiffs,<br><br>v.<br><br>ARTHROCARE CORPORATION, and DOES 1 THROUGH 100 INCLUSIVE,<br><br>Defendants. | CASE NO. C 05-04276 JF<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date: June 2, 2006<br>Time: 10:30 a.m.<br>Courtroom: 3, 5th Floor<br>Judge: Hon. Jeremy Fogel |

WHEREAS, Allied Health Association, Inc. and Kenneth P. Callison ("Plaintiffs") filed the Complaint in this action in Santa Clara County Superior Court on July 12, 2005;

WHEREAS, on October 21, 2005, ArthroCare Corporation ("ArthroCare") removed this action to this Court on diversity grounds pursuant to 28 U.S.C. §1441(b);

WHEREAS, ArthroCare filed a Motion to Compel Arbitration and to Dismiss Action or Stay Proceedings Pending Arbitration (the "Motion") on November 9, 2005;

WHEREAS, Plaintiffs filed their opposition to ArthroCare's Motion on January 3, 2006, and ArthroCare filed its reply in support of the Motion on January 27, 2006,

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

STIP AND [PROPOSED] ORDER TO CONTINUE CASE
MANAGEMENT CONFERENCE
CASE NO. 05-C-04276JF

1   WHEREAS, the Court heard ArthroCare's Motion on February 10, 2006;

2   WHEREAS, the Initial Case Management Conference in this action is currently

3 scheduled for March 31, 2006;

4   WHEREAS, the parties have met and conferred regarding the Initial Case

5 Management Conference and agreed that further preparation for the Initial Case Management

6 Conference would be premature while ArthroCare's Motion remains pending;

7   WHEREAS, the parties believe that continuing the date of the Initial Case

8 Management Conference would promote the most efficient use of the Court's and the parties'

9 resources by postponing further preparation for the Initial Case Management Conference, if

10 necessary, until after the Court's ruling on ArthroCare's motion;

11   THEREFORE, the parties hereby stipulate, and request the Court to order, that the

12 date of the Initial Case Management Conference be continued to 10:30 a.m. on June 2, 2006.

14 Dated: March 15, 2006                    LATHAM & WATKINS LLP
                                            Peter T. Snow


17                                          By _____/s/_____
                                               Peter T. Snow
                                               Attorneys for Defendant
18                                             ArthroCare Corporation


21 Dated: March 15, 2006                    SAUCEDO & CORSIGLIA
                                            Bradley M. Corsiglia


24                                          By _____/s/_____
                                               Bradley M. Corsiglia
                                               Attorneys for Plaintiffs
25                                             Allied Health Association and
                                               Kenneth P. Callison

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

STIP AND [PROPOSED] ORDER TO CONTINUE CASE
MANAGEMENT CONFERENCE
CASE NO. 05-C-04276JF

1
**ORDER**

2     Pursuant to the stipulation of counsel, IT IS SO ORDERED.

3

4  Dated: ___3/20/06_____

5                                                              The Honorable Jeremy Fogel
                                                               United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

STIP AND [PROPOSED] ORDER TO CONTINUE CASE
MANAGEMENT CONFERENCE
CASE NO. 05-C-04276JF

# CERTIFICATE OF SERVICE

I am employed in the County of San Mateo, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 135 Commonwealth Drive, Menlo Park, CA 94025.

On March 15, 2006, I served the following documents described as:

- **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

by serving true copies of the above-described documents in the following manner:

**BY U.S. MAIL**

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service. Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents with the United States Postal Service; such documents are delivered to the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid. I deposited in Latham & Watkins LLP' interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service:

John Case
BENSON & CASE
1660 S. Albion Street, Suite 1100
Denver, CO 80222-4047
Telephone: (303) 757-8300
Facsimile: (303) 753-0444

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 15, 2006, at Menlo Park, California.

/s/
Carmela S. Ene

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

STIP AND [PROPOSED] ORDER TO CONTINUE CASE
MANAGEMENT CONFERENCE
CASE NO. 05-C-04276JF