```
                                                          **E-filed 5/23/06**
 1   LATHAM & WATKINS LLP
        Patrick Gibbs (Bar No. 183174)
 2      Peter T. Snow (Bar No. 222117)
     140 Scott Drive
 3   Menlo Park, California  94025
     Telephone:  (650) 328-4600
 4   Facsimile:  (650) 463-2600

 5   Attorneys for Defendant
     ArthroCare Corporation
 6

 7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| ALLIED HEALTH ASSOCIATION, INC. and KENNETH P. CALLISON, <br><br> Plaintiffs, <br><br> v. <br><br> ARTHROCARE CORPORATION, and DOES 1 THROUGH 100 INCLUSIVE, <br><br> Defendants. | CASE NO. C 05-04276 JF <br><br> **NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT ARTHROCARE CORPORATION** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

    TAKE NOTICE that Defendant ARTHROCARE CORPORATION ("Defendant") substitutes its counsel and attorneys of record in this matter.

<u>Former Attorney</u>

Defendant's former counsel:

LATHAM & WATKINS LLP
    Patrick Gibbs (Bar No. 183174)
    Peter T. Snow (Bar No. 222117)
    140 Scott Drive
    Menlo Park, California  94025
    Telephone:  (650) 328-4600
    Facsimile:  (650) 463-2600

is no longer its attorney in this matter.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

SV\506058.1

NOTICE OF SUBSTITUTION OF COUNSEL FOR
DEFENDANT ARTHROCARE CORPORATION
CASE NO. 05-C-04276JF

1   Defendant's new counsel in this matter and Defendant's new attorney of record on whom
2   all notices and papers may be served is:

3   New Attorney

4   Joseph Dworak, Esq.
    Berliner Cohen
5   10 Almaden Boulevard, Suite 1100
    San Jose, CA  95113
6   Telephone:  (408) 286-5800
    Facsimile:  (408) 998-5388
7   Email:  jd@berliner.com

8
    Substitution Based on Consent
9

10  The undersigned consent to the substitution and certify that this substitution will not
11  delay the proceedings in this matter:

12

13

14  Dated:  May 15, 2006          By         /s/
                                  JOHN T. RAFFLE
15                                Vice President Corporate Development and
                                  Legal Affairs of ArthroCare Corporation
16

17
    Dated:  May 15, 2006          LATHAM & WATKINS LLP
18

19                                By         /s/
                                  PETER T. SNOW
20                                Former Attorneys for Defendant
                                  ArthroCare Corporation
21

22
    Dated:  May 15, 2006          BERLINER COHEN
23

24                                By         /s/
                                  JOSEPH DWORAK
25                                Attorneys for Defendant
                                  ArthroCare Corporation
26

27

28

1                                        <u>ORDER</u>

2                  IT IS SO ORDERED.

3

4    Dated: May <u>19</u>, 2006

5                                           THE HONORABLE JEREMY FOGEL
                                             UNITED STATES DISTRICT COURT JUDGE

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY
SV\506058.1

NOTICE OF SUBSTITUTION OF COUNSEL FOR
DEFENDANT ARTHROCARE CORPORATION
CASE NO. 05-C-04276JF

**CERTIFICATE OF SERVICE**

I am employed in the County of San Mateo, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 135 Commonwealth Drive, Menlo Park, CA 94025.

On May 17, 2006, I served the following documents described as:

**NOTICE OF SUBSTITUTION OF COUNSEL FOR ARTHROCARE CORPORATION**

by serving true copies of the above-described documents in the following manner:

**BY U.S. MAIL**

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service. Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents with the United States Postal Service; such documents are delivered to the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid. I deposited in Latham & Watkins LLP' interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service:

John Case
BENSON & CASE
1660 S. Albion Street, Suite 1100
Denver, CO 80222-4047
Telephone: (303) 757-8300
Facsimile: (303) 753-0444

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 17, 2006, at Menlo Park, California.

___/s/___
Carmela S. Ene

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

SV\506058.1

CERTIFICATE OF SERVICE
CASE NO. 05-C-04276JF