**E-filed 6/14/06**

JOSEPH E. DWORAK, CA. STATE BAR NO. 88265
A. BRYAN DIAZ, JR., CA. STATE BAR NO. 219905
BERLINER COHEN
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388

ATTORNEYS FOR DEFENDANT
ARTHROCARE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIED HEALTH ASSOCIATION, INC. and KENNETH P. CALLISON,<br><br>    Plaintiffs,<br><br>    vs.<br><br>ARTHROCARE CORPORATION and DOES 1 THROUGH 100, inclusive,<br><br>    Defendants. | No. C 05-04276 PVT<br><br>STIPULATION RE: JOINT CMC STATEMENT AND RULE 26 REQUIREMENTS |

The parties by and through their respective counsel of record represent and stipulate to extend the date for filing the Joint Case Management Statement and Joint Rule 26 Disclosure to June 13, 2006.

IT IS SO STIPULATED.

Dated: June 09, 2006

                                        BERLINER COHEN


                                        By: ___/s/_____
                                            A. BRYAN DIAZ, JR.
                                            ATTORNEYS FOR DEFENDANT
                                            ARTHROCARE CORPORATION

| | | |
|---|---|---|
| 1 | Dated: June 09, 2006 | SAUCEDO & CORSIGLIA |
| 2 | | |
| 3 | | |
| 4 | | By:____/s/_____ |
| 5 | | BRADLEY M. CORSIGLIA<br>ATTORNEY FOR PLAINTIFF<br>ALLIED HEALTH ASSOCIATION, INC. |
| 6 | | AND KENNETH P. CALLISON |
| 7 | | |
| 8 | IT IS SO ORDERED. | |
| 9 | Date: 6/13/06 | _____ |
| 10 | | HON. JEREMY FOGAL<br>UNITED STATES DISTRICT COURT |

\BDI\695498.1
01-060906-15458001

STIPULATION

-2-