BRADLEY M. CORSIGLIA I.D. 117004
**CORSIGLIA MCMAHON & ALLARD** LLP
96 NORTH THIRD STREET, SUITE 620
SAN JOSE, CALIFORNIA 95112
TELEPHONE: (408) 289-1417
FAX: (408) 289-8127

**BENSON & CASE** (Pro Hac Vice Counsel)
**John Case, P.C.**
1660 SO. ALBION STREET, #1100
DENVER, COLORADO
TELEPHONE: (303) 757-8300
FAX: (303) 753-0444
ATTORNEYS FOR PLAINTIFFS

**E-filed 6/5/07**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| ALLIED HEALTH ASSOCIATION, INC. and KENNETH P. CALLISON,<br><br>Plaintiffs,<br><br>vs.<br><br>ARTHROCARE CORPORATION, and DOES 1 THROUGH 100, INCLUSIVE,<br><br>Defendants. | No. C 05-04276 PVT<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Date: June 8, 2007<br>Time: 10:30 a.m.<br>Courtroom: 3, 5th Floor<br>Judge: Hon. Jeremy Fogel |

WHEREAS, the parties hereto have agreed to have a non-binding arbitration heard by Hon. John A. Flaherty (Ret.) of JAMS on August 16, 2007;

WHEREAS, a Case Management Conference in the above matter is scheduled for June 8, 2007;

WHEREAS, the parties believe that continuing the date of the Case Management Conference would promote the most efficient use of the Court's and the parties' resources until after the arbitration hearing and initial discovery has been completed;

THEREFORE, the parties hereby stipulate and request the Court to order that the date of the Case Management Conference be continued to August 31, 2007 at 10:30 a.m.

1
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

1  in Courtroom 3, before the Honorable Jeremy Fogel

2

3  Dated: 5/14/07                      CORSIGLIA McMAHON & ALLARD

4

5                                      By: _____
6                                          BRADLEY M. CORSIGLIA
                                            Attorneys for Plaintiff(s)
7  Dated: 5-24-2007                     BERLINER COHEN

8
                                       By: _____
9                                          JOSEPH E. DWORAK
                                           CHRISTINE LONG
10                                         Attorneys for Defendant

11
                                            ORDER
12
    Pursuant to stipulation of counsel, IT IS SO ORDERED.
13
   Dated: 6/4/07
14
                                       _____
15                                     THE HONORABLE JEREMY FOGEL
                                       UNITED STATES DISTRICT JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28

                                            2
         STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE