|   |   |
|---|---|
| BRADLEY M. CORSIGLIA  I.D. 117004<br>**CORSIGLIA MCMAHON & ALLARD** LLP<br>96 NORTH THIRD STREET, SUITE 620<br>SAN JOSE, CALIFORNIA 95112<br>TELEPHONE: (408) 289-1417<br>FAX: (408) 289-8127<br><br>**BENSON & CASE** (Pro Hac Vice Counsel)<br>John Case, P.C.<br>1660 SO. ALBION STREET, #1100<br>DENVER, COLORADO<br>TELEPHONE: (303) 757-8300<br>FAX: (303) 753-0444<br>**ATTORNEYS FOR PLAINTIFFS** | **E-filed 8/31/07** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALLIED HEALTH ASSOCIATION, INC. and KENNETH P. CALLISON,<br><br>Plaintiffs,<br><br>vs.<br><br>ARTHROCARE CORPORATION, and DOES 1 THROUGH 100, INCLUSIVE,<br><br>Defendants. | No. C 05-04276<br><br>STIPULATION AND [PROPOSED] ORDER OPTING INTO COURT APPOINTED ADR<br><br>Judge: Hon. Jeremy Fogel |

WHEREAS, the parties hereto wish to opt back into Court Appointed ADR;

WHEREAS, a Case Management Conference in the above matter is scheduled for August 31, 2007;

WHEREAS, the parties believe that continuing the date of the Case Management Conference would promote the most efficient use of the Court's and the parties' resources until after a court appointment ADR mediator can be named and the mediation hearing and initial discovery has been completed;

THEREFORE, the parties hereby stipulate and request the Court to order that the date of the Case Management Conference be continued to __10/26__ at 10:30 a.m. in

1
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

1 | Courtroom 3, before the Honorable Jeremy Fogel.

2

3 | Dated: 8/19/07

CORSIGLIA McMAHON & ALLARD

By: _____
BRADLEY M. CORSIGLIA
Attorneys for Plaintiff(s)

7 | Dated:

BERLINER COHEN

By: _____
CHRISTINE LONG
Attorneys for Defendant

## ORDER

Pursuant to stipulation of counsel, IT IS ORDERED that this case be referred to the Court's ADR Department for the purpose of assigning a new court appointed mediator and that the Case Management Conference in the above matter be continued until 10/26/07.

Dated:

_____
THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE