OCT-17-2007(WED) 15:37    ALLIED HEALTH        (FAX)650 000 0000        P. 003/004

**E-filed 10/23/07**

1  BRADLEY M. CORSIGLIA  I.D. 117004
   **CORSIGLIA McMAHON & ALLARD LLP**
2  96 NORTH THIRD STREET, SUITE 620
   SAN JOSE, CALIFORNIA 95112
3  TELEPHONE: (408) 289-1417
   FAX: (408) 289-8127
4
   **BENSON & CASE (Pro Hac Vice Counsel)**
5  John Case, P.C.
   1660 SO. ALBION STREET, #1100
6  DENVER, COLORADO
   TELEPHONE: (303) 757-8300
7  FAX: (303) 753-0444
   ATTORNEYS FOR PLAINTIFFS

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10               SAN JOSE DIVISION

11

12 ALLIED HEALTH ASSOCIATION, INC.  )  No. C 05-04276
   and KENNETH P. CALLISON,          )
13                                    )  STIPULATION AND [PROPOSED]
                 Plaintiffs,          )  ORDER CONTINUING CASE
14                                    )  MANAGEMENT CONFERENCE
   vs.                                )
15                                    )
   ARTHROCARE CORPORATION, and        )
16 DOES 1 THROUGH 100, INCLUSIVE,     )  Judge: Hon. Jeremy Fogel
                                       )
17                                    )
                 Defendants.          )
18 _____   )

19     WHEREAS, the parties hereto have agreed to an ADR mediator and have set an

20 ADR mediation before Daniel Bergeson on December 4, 2007;

21     WHEREAS, a Case Management Conference in the above matter is scheduled for

22 October 26, 2007;

23     WHEREAS, the parties believe that continuing the date of the Case Management

24 Conference would promote the most efficient use of the Court's and the parties' resources

25 until after the ADR mediation hearing and initial discovery has been completed;

26

27                                    1
28              STIPULATION AND [PROPOSED] ORDER
           CONTINUING CASE MANAGEMENT CONFERENCE

1    THEREFORE, the parties hereby stipulate and request the Court to order that the

2  date of the Case Management Conference be continued to __12/7/07____ at 10:30 a.m. in

3  Courtroom 3, before the Honorable Jeremy Fogel.

4

5  Dated: _10/17/07___                    CORSIGLIA McMAHON & ALLARD

6

7                                         By: _____

8                                            BRADLEY M. CORSIGLIA
                                             Attorneys for Plaintiff(s)
9

10  Dated: __10/18/07___                   BERLINER COHEN

11

12

13                                         By: _____
                                             CHRISTINE LONG
14                                           Attorneys for Defendant

15

16

17                                         **ORDER**

18

19       Pursuant to stipulation of counsel, IT IS ORDERED that the Case Management

20  Conference in the above matter be continued until __12/7/07_____.

21

22  Dated: __10/23/07_____

23                                         _____
                                           THE HONORABLE JEREMY FOGEL
24                                         UNITED STATES DISTRICT JUDGE

25

26

27

28
                                           2
                          STIPULATION AND [PROPOSED] ORDER
                       CONTINUING CASE MANAGEMENT CONFERENCE