\*\*E-filed 12/12/07\*\*

1  BRADLEY M. CORSIGLIA I.D. 117004
   **CORSIGLIA MCMAHON & ALLARD** LLP
2  96 NORTH THIRD STREET, SUITE 620
   SAN JOSE, CALIFORNIA 95112
3  TELEPHONE: (408) 289-1417
   FAX: (408) 289-8127

**BENSON & CASE** (Pro Hac Vice Counsel)
John Case, P.C.
1660 SO. ALBION STREET, #1100
DENVER, COLORADO
TELEPHONE: (303) 757-8300
FAX: (303) 753-0444
ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALLIED HEALTH ASSOCIATION, INC. and KENNETH P. CALLISON,<br><br>        Plaintiffs,<br><br>vs.<br><br>ARTHROCARE CORPORATION, and DOES 1 THROUGH 100, INCLUSIVE,<br><br>        Defendants. | No. C 05-04276<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Judge: Hon. Jeremy Fogel |

WHEREAS, the parties hereto have agreed to ADR mediator, Daniel Bergeson, however, the mediation previously set for December 4, 2007 had to be continued as counsel for ArthroCare Corporation was not available to take the depositions previously set in this matter;

WHEREAS, a Case Management Conference in the above matter is scheduled for December 7, 2007;

WHEREAS, the parties believe that continuing the date of the Case Management Conference would promote the most efficient use of the Court's and the parties' resources until after the ADR mediation hearing and initial discovery has been completed;

THEREFORE, the parties hereby stipulate and request the Court to order that the date of the Case Management Conference be continued to February 15, 2008 at 10:30 a.m. in Courtroom 3, before the Honorable Jeremy Fogel.

Dated: December 6, 2007          CORSIGLIA McMAHON & ALLARD

By:_____/s/_____
BRADLEY M. CORSIGLIA
Attorneys for Plaintiff(s)

Dated: _____          BERLINER COHEN

By: _____
CHRISTINE LONG
Attorneys for Defendant

### ORDER

Pursuant to stipulation of counsel, IT IS ORDERED that the Case Management Conference in the above matter be continued until February 15, 2007.

Dated: ___12/12/07_____

_____
THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

THEREFORE, the parties hereby stipulate and request the Court to order that the date of the Case Management Conference be continued to February 15, 2008 at 10:30 a.m. in Courtroom 3, before the Honorable Jeremy Fogel.

Dated: _____

CORSIGLIA McMAHON & ALLARD

By: _____
BRADLEY M. CORSIGLIA
Attorneys for Plaintiff(s)

Dated: 12/ /07

BERLINER COHEN

By: _____
CHRISTINE LONG
Attorneys for Defendant

## ORDER

Pursuant to stipulation of counsel, IT IS ORDERED that the Case Management Conference in the above matter be continued until February 15, 2007.

Dated: _____

_____
THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE