**\*\*E-Filed 1/6/08\*\***

JOSEPH E. DWORAK, CA STATE BAR NO. 88265
CHRISTINE H. LONG, CA STATE BAR NO. 199676
STEPHANIE B. WERSEL, CA STATE BAR NO. 253759
BERLINER COHEN
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
joseph.dworak@berliner.com
christine.long@berliner.com

ATTORNEYS FOR DEFENDANT ARTHROCARE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIED HEALTH ASSOCIATION, INC. and KENNETH P. CALLISON,<br><br>     Plaintiffs,<br><br>     v.<br><br>ARTHROCARE CORPORATION, and DOES 1 through 100, inclusive,<br><br>     Defendants. | CASE NO.  C05-04276 PVT<br><br>STIPULATION FOR CONTINUANCE OF PRETRIAL CONFERENCE AND TRIAL AND ORDER THEREON |

Plaintiffs ALLIED HEALTH ASSOCIATION, INC. and KENNETH P. CALLISON ("Plaintiffs") and Defendant ARTHROCARE CORPORATION ("Defendant") hereby enter into the following Stipulation and Order:

Defendant has agreed to continue the hearing on Defendant Arthrocare's Notice of Motion, Motion and Memorandum of Points And Authorities in Support of Motion For Summary Judgment, or in the Alternative Partial Summary Judgment and Defendant Arthrocare's Notice of Motion, Motion and Memorandum of Points and Authorities in Support to Exclude the Testimony and Findings of Plaintiffs' Expert Witness, Gregory B. Taylor, and to Limit Testimony Regarding Damages from January 30, 2009 to February 27, 2009, the outcome of which will affect the trial currently set to begin April 6, 2009. Accordingly, the parties hereby stipulate to continue the pretrial conference currently scheduled for March 20, 2009 and trial in

the instant matter, currently scheduled for April 6, 2009 in Courtroom 3 of this Court, be continued to a date convenient to the Court's calendar no sooner than the week of June 8, 2009 and that all discovery cut off dates, including expert discovery, and all attendant Standing Order deadlines shall be due based on the new pretrial conference and trial dates.

IT IS SO STIPULATED.

DATED: JANUARY 5, 2009                    BERLINER COHEN

BY: /S/ JOSEPH E. DWORAK
     JOSEPH E. DWORAK
     ATTORNEYS FOR DEFENDANT
     ARTHROCARE CORPORATION

DATED: JANUARY 4, 2009                    CORSIGLIA, MCMAHON & ALLARD, LLP

BY: /S/ BRADLEY M. CORSIGIA
     BRADLEY M. CORSIGLIA
     ATTORNEYS FOR PLAINTIFFS ALLIED HEALTH
     ASSOCIATION, INC. AND KENNETH P. CALLISON

## ORDER

IT IS HEREBY ORDERED that the pretrial conference set for March 20, 2009 is hereby continued to June 12, 2009 and trial set for April 6, 2009 in Courtroom 3 in the above-referenced matter is hereby continued to June 19, 2009 at 9:00 a.m. in Courtroom 3. All discovery cut off dates, including expert discovery, and all attendant Standing Order deadlines shall be due based on the new pretrial conference and trial dates.

Date: 1/6/09

THE HONORABLE JEREMY FOGEL

1   ATTESTATION OF JOSEPH E. DWORAK RE APPROVAL OF COUNSEL

3   I am one of the attorneys for Defendant Arthrocare Corporation, the party electronically filing this Stipulation. I attest that counsel for the Plaintiffs have advised that the content of this Stipulation For Continuance of Pretrial Conference and Trial and Order Thereon is acceptable to them based on the Stipulation For Continuance of Pretrial Conference and Trial and Order Thereon executed on January 4, 2009 and filed with this Court on January 5, 2009.

9   January 5, 2009          */s/ Joseph E. Dworak*
                             JOSEPH E. DWORAK