\*\*E-Filed 6/18/09\*\*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ALLIED HEALTH ASSOCIATION, INC., et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>ARTHROCARE CORPORATION,<br><br>          Defendant. | Case Number C 05-4276 JF (PVT)<br><br>ORDER OF DISMISSAL |

The Court has been advised that the parties have agreed to a settlement of this case.

IT IS HEREBY ORDERED that the case be dismissed with prejudice. However, if any party notifies the Court within ninety days of the date of this order that the agreed consideration for said settlement has not been delivered, this order will be vacated and the case will be restored to the calendar to be set for trial.

All hearings set in this matter are VACATED.

Dated: June 18, 2009

_____
JEREMY FOGEL
United States District Judge

Case No. C 05-4276 JF (PVT)
ORDER OF DISMISSAL
(JFLC2)

1
2  Copies of Order served on:
3
4  A. Bryan Diaz bryan.diaz@berliner.com
5  Bradley M. Corsiglia bmc@cmalaw.net, vfernandez@cmalaw.net
6  Christine H. Long christine.long@berliner.com, maria.gonzalez@berliner.com
7  John Case case@bensoncase.com
8  Joseph E Dworak jed@berliner.com
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

Case No. C 05-4276 JF (PVT)
ORDER OF DISMISSAL
(JFLC2)